[No. 69260-7-I.   Division One.   February 3, 2014.]

*In the Matter of the Marriage of* HANNA GOMAA,
*Respondent*, and ABDELKRIM (A.K.)
ZEBDI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-05673-6, Jeffrey M. Ramsdell, J., entered August 1, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Verellen, JJ.

[No. 69265-8-I.   Division One.   February 3, 2014.]

*In the Matter of the Marriage of* SIMON PEDERSEN,
*Respondent*, and LONE PEDERSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-3-01300-1, Kenneth L. Cowsert, J. Pro Tem., entered August 9, 2012. *Reversed* and *remanded* by unpublished opinion per Leach, C.J., concurred in by Schindler and Lau, JJ.

[No. 69439-1-I.   Division One.   February 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC UMUSAGA PULEGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-03003-7, John P. Erlick, J., entered September 21, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ.